J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
450 North Brand Blvd., Suite 600
Glendale, California 91203-2349
Telephone:  (818) 291-6444
Facsimile:   (818) 291-6446

Attorneys for Plaintiff Nike, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Nike, Inc.,<br><br>                    Plaintiff,<br><br>     v.<br><br>B & B Clothing Company, Calvin Powell a/k/a Kelvin Powell, and Does 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 2:06CV-02828 GEB DAD<br><br>[PROPOSED] ORDER CONTINUING STATUS CONFERENCE / PRETRIAL SCHEDULING<br><br>Court: Hon. Garland E. Burrell, Jr.<br>Date:   May 21, 2007<br>Time:   9:00 a.m. |

On or about February 23, 2007, Plaintiff, Nike, Inc. ("Plaintiff") requested that the Clerk enter the default of B & B Clothing Company ("B & B") and Calvin Powell a/k/a Kelvin Powell ("Powell") (collectively "Defendants").  On or about February 26, 2007 the Clerk entered the default of Defendants B & B and Powell.

On or about March 7, 2007, Plaintiff filed its Request To Vacate, Or, In the Alternative, Continue, Status Conference/Pretrial Scheduling.

Plaintiff filed its Motion for Default Judgment and accompanying proposed orders on or about April 13, 2007, which is currently set for hearing before Magistrate Judge Drozd on May 18, 2007 at 10:00 a.m.

Nike v. B&B Clothing: Order Continuing Status Conference         - 1 -

In light of the pending Default Motion against Defendants B & B and Powell, the Status Conference, set per the Court's Order Setting Status (Pretrial Scheduling) Conference, issued March 14, 2007, and currently on calendar for May 21, 2007 at 9:00 a.m., is hereby continued, and shall occur on Monday, June 18, 2007, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  April 20, 2007

_____
Hon. Garland E. Burrell, Jr.
United States District Judge

Presented By:

J. Andrew Coombs,
A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Nike, Inc.