IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

----

NIKE, INC., )
                                  )   2:06-cv-2828-GEB-DAD
            Plaintiff,            )
                                  )
     v.                           )   DEFAULT JUDGMENT AND
                                  )   PERMANENT INJUNCTION
B&B CLOTHING COMPANY, CALVIN      )
POWELL a/k/a KELVIN POWELL, and   )
DOES 1 through 10, inclusive,     )
                                  )
            Defendants.           )
_____)

On May 22, 2007, the magistrate judge filed findings and recommendations ("F&R's") herein which stated that any objections to the F&R's were to be filed within ten days. No objections were filed. The F&R's recommended that Plaintiff's April 13, 2007 motion for default judgment be granted and that Plaintiff's proposed Judgment Pursuant to Entry of Default, as amended on May 18, 2007, be signed.[1] Plaintiff is granted default judgment and a permanent injunction

----

[1] Plaintiff's proposed Judgment Pursuant to Entry of Default, as amended on May 18, 2007, will not be signed because it contains unnecessary language and the need for certain language is not explained. Further, a portion of the proposed injunction lacked the specificity required by Rule 65 of the Federal Rules of Civil Procedure.

1

against Defendants B & B Clothing Company and Calvin Powell a/k/a Kelvin Powell (collectively "Defendants"), because of the following facts and legal conclusions.

This Court has jurisdiction under the provisions of the Lanham Act, 15 U.S.C. §§ 1051, et seq., as well as 28 U.S.C. § 1338(a) and 28 U.S.C. § 1331.

Service of process was properly made on Defendants.

Nike owns or controls the pertinent rights in and to the trademarks listed in Exhibit "A" attached hereto and incorporated herein by this reference.  (The trademarks identified in Exhibit "A" are collectively referred to herein as the "Nike Trademarks.")

The Nike Trademarks are current and in full force and effect.

As a direct result of Nike's longstanding use, sales, advertising and marketing, the Nike Trademarks have acquired secondary and distinctive meaning among the public who have come to identify the Nike Trademarks with Nike and its products.  Many of the marks have become incontestable pursuant to 15 U.S.C. § 1065.  Additionally, all of the Nike Trademarks qualify as famous marks pursuant to 15 U.S.C. § 1125.

Defendants engage in the manufacture, purchase, distribution, offering for sale and/or sale of counterfeit and/or infringing footwear bearing the Nike Trademarks to the general public. Defendants are sellers of counterfeit Nike branded shoes through a series of retail outlets located in the greater San Francisco area, including Sacramento, California.  Through such active manufacturing, purchasing, distributing, offering of sale and selling such unlicensed

1  and counterfeit footwear, Nike is irreparably damaged through consumer
2  confusion, dilution and tarnishment of its valuable trademarks.
3          Defendants have caused to be imported, distributed, offered
4  for sale and sold footwear bearing one or more of the Nike Trademarks
5  without the authorization of Nike.  Defendants' manufacture, purchase,
6  distribution, offer for sale and sale of footwear and related
7  merchandise bearing the Nike Trademarks in California, and in
8  interstate commerce has and is likely to cause confusion, deception
9  and mistake or to deceive as to the source and origin of the footwear
10 and related merchandise in that the buying public may conclude that
11 the products sold by Defendants are authorized, sponsored, approved or
12 associated with Nike.
13         Defendants' use in commerce of the Nike Trademarks in the
14 sale of footwear and related merchandise is an infringement of Nike's
15 registered trademarks in violation of 15 U.S.C. §§ 1114(1) and 1125.
16         Defendants have profited from their unlawful activities.
17         Defendants committed the acts alleged in the Complaint
18 intentionally, fraudulently, maliciously, willfully, wantonly and
19 oppressively with the intent to injure Nike and its business.
20         Defendants' infringing conduct is a clear and unmistakable
21 violation of Nike's rights.  Defendants' conduct has been patently
22 unreasonable and egregious, violating Nike's rights by appropriating
23 and featuring the Nike Trademarks on counterfeit shoes, when
24 Defendants intended, or knew or should have known, that such
25 infringing activity would likely injure Nike's name and reputation.
26         Therefore, based upon the foregoing facts and legal
27 conclusions, judgment shall be and is hereby entered in the within
28 action as follows:

1) Defendants have made unauthorized uses of the Nike Trademarks or substantially similar likenesses or colorable imitations thereof.

2) Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the Injunction are hereby permanently restrained and enjoined, pursuant to 15 U.S.C. § 1116, from:

    a) Infringing the Nike Trademarks, either directly or contributorily, in any manner, by:

        i) Importing, manufacturing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of the Nike Trademarks ("Unauthorized Products") or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Nike Trademarks;

        ii) Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Nike Trademarks;

        iii) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Nike, are sponsored, approved or licensed by Nike, or are affiliated with Nike;

    iv) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Nike.

3) Defendants are ordered to deliver for destruction all Unauthorized Products, including footwear, and labels, signs, prints, packages, dyes, wrappers, receptacles and advertisements relating thereto in their possession or under their control bearing any of The Nike Trademarks or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same.

4) Defendants are ordered to pay Nike One Hundred Thousand Dollars ($100,000.00) in damages pursuant to 15 U.S.C. § 1117.

Dated: June 11, 2007

           _____
           GARLAND E. BURRELL, JR.
           United States District Judge

EXHIBIT A

Nike Trademark Registrations

| Trademark | Registration Number | Registration Date |
|---|---|---|
| Nike® | 1,277,066 | May 8, 1984 |
| Swoosh® Design | 1,284,385 | July 3, 1984 |
| Nike® and Swoosh® Design | 1,237,469 | May 10, 1983 |
| Nike Air® | 1,571,066 | December 12, 1989 |
| Air Jordan® Design | 1,742,019 | December 22, 1992 (Class 18 and 25) |
| Just Do It® | 1,875,307 | January 24, 1995 |
| Nike® | 2,196,735 | October 13, 1998 (Class 14) |
| Nike® and Swoosh® Design | 2,209,815 | December 8, 1998 14   (Class 14) |
| AIR-SOLE | 1,145,812 | January 13, 1981 |
| SWOOSH | 1,200,529 | July 6, 1982 |
| NIKE | 1,214,930 | November 2, 1982 |
| NIKE AIR w/ Swoosh device | 1,284,386 | July 3, 1984 |
| NIKE AIR | 1,307,123 | November 27, 1984 |
| Swoosh device on shoe | 1,323,342 | March 5, 1985 |
| Swoosh device | 1,323,343 | March 5, 1985 |
| NIKE w/Swoosh device | 1,325,938 | March 19, 1985 |
| AIR JORDAN | 1,370,283 | November 12, 1985 |
| AIR MAX | 1,508,348 | October 11, 1988 |
| AIR TRAINER | 1,508,360 | October 11, 1988 |
| Jump Man device | 1,558,100 | September 26, 1989 |
| AIR SKYLON | 1,665,479 | November 19, 1991 |
| AIR SOLO FLIGHT | 1,668,590 | December 17, 1991 |
| AIR FLIGHT | 1,686,515 | May 12, 1992 |
| AIR DESCHUTZ | 1,735,721 | November 24, 1992 |
| AIR TRAINER MAX | 1,789,463 | August 24, 1993 |

| | | | |
|---|---|---|---|
| 1 | RUNWALK device | 1,877,672 | February 7, 1995 |
| 2 | STARTER | 1,896,998 | May 30, 1995 |
| 3 | NIKE GOLF | 1,944,436 | December 26, 1995 |
| 4 | NIKE REGRIND | 2,022,321 | December 10, 1996 |
| 5 | AIRMAX in oval | 2,030,750 | January 14, 1997 |
| 6 | AIR UPTEMPO in crest | 2,032,582 | January 21, 1997 |
| 7 | NIKE REGRIND in crest | 2,042,940 | March 11, 1997 |
| 8 | AIR with Swoosh device | 2,068,075 | June 3, 1997 |
| 9 | NIKE with Swoosh device | 2,104,329 | October 7, 1997 |
| 10 | ACG NIKE in triangle | 2,117,273 | December 2, 1997 |
| 11 | Stylized "B" | 2,476,882 | August 14, 2001 |
| 12 | NIKE ALPHA PROJECT as device | 2,517,735 | December 11, 2001 |
| 13 | Ellipses device | 2,521,178 | December 18, 2001 |
| 14 | STORM-FIT | 2,551,655 | March 26, 2002 |
| 15 | Baseballer silhouette device | 2,571,726 | May 21, 2002 |
| 16 | Reverse "Z" in rectangle device | 2,584,382 | June 25, 2002 |
| 17 | NIKE GOLF with crest | 2,628,587 | October 1, 2002 |
| 18 | WAFFLE RACER | 2,652,318 | November 19, 2002 |
| 19 | PHYLITE | 2,657,832 | December 10, 2002 |
| 20 | TRUNNER | 2,663,568 | December 17, 2002 |
| 21 | DRI-STAR | 2,691,476 | February 25, 2003 |
| 22 | BOING | 2,735,172 | July 8, 2003 |
| 23 | Swoosh with clubs crest | 2,753,357 | August 19, 2003 |
| 24 | PRESTO | 2,716,140 | May 13, 2003 |
| 25 | FOOTENT | 2,798,233 | December 23, 2003 |
| 26 | FOOTENT in device | 2,798,234 | December 23, 2003 |
| 27 | TRIAX | 2,810,679 | February 3, 2004 |
| 28 | R9 | 2,843,275 | May 18, 2004 |

7

| | | |
|---|---|---|
| WAFFLE TRAINER | 2,893,674 | October 12, 2004 |
| THERMA-STAR | 2,960,844 | June 7, 2005 |
| NIKE SHOX | 2,970,902 | July 19, 2005 |
| STARTER | 2,971,216 | July 19, 2005 |
| Basketball player outline | 2,977,850 | July 26, 2005 |
| STAR FLEX | 3,002,455 | September 27, 2005 |
| 10//2 in rectangle | 3,057,889 | February 7, 2006 |
| NIKEFREE | 3,087,455 | May 2, 2006 |